THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH WALKER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MICHAEL KANE.— Motion for an order reversing judgment of conviction and for a new trial denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. HUGO FRANCESE.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MICHAEL BRENNAN.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD WARD V. MILTON KLEIN, as Warden.— Motion to dismiss appeal granted. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MARIO GIANNASCA.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

In the Matter of JOHN H. LIVINGSTON, JR. CHARLES A. LIVINGSTON, as Ancillary Committee.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one typewritten or mimeographed appeal book, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

HYMAN B. FINKELSTEIN V. JOHN J. MCCLOSKEY. (Two Actions.) — Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

SOL VOGEL et al. v. ANNA MEDLIN et al.— Motion for leave to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the exhibits on condition that the originals or photostats are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument, and to omit from the printed record on appeal substituted pleadings and duplicates of papers which appear in earlier parts of the record. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.